```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY IRVING REYNOLDS           :      CIVIL ACTION
                               :
          v.                   :
                               :
U.S. DEPARTMENT OF HEALTH      :
AND HUMAN SERVICES, et al.     :      NO. 10-5549
```

<u>ORDER</u>

AND NOW, this 14th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants for summary judgment (Docket No. 25) is GRANTED; and

(2)  the motion of plaintiff for summary judgment (Docket No. 26) is DENIED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                              J.